**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7514**

---

ISAAC EUGENE SLAPPY,

                                        Plaintiff - Appellant,

        versus

MICHAEL MOORE, in his official and individual
capacity,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Cameron McGowan Currie, District
Judge.  (CA-96-1726-0-22BD)

---

Submitted:  March 13, 1997          Decided:  March 19, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Isaac Eugene Slappy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Slappy v. Moore, No. CA-96-1726-0-22BD (D.S.C. Aug. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED